

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00197-CV

Graciela **GARCIA** and Jesus Garcia,
Appellants

v.

Roberto **SALINAS**,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-17-716-A
Honorable Baldemar Garza, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are taxed against Appellants Graciela Garcia and Jesus Garcia.

SIGNED August 10, 2022.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice